# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wayne William Griffiths Jr., a/k/a Wayne W. Griffiths, Jr., a/k/a Wayne Griffiths, Jr., a/k/a Wayne Griffiths, a/ka/ Wayne William Griffiths, a/k/a Wayne W. Griffiths<br><br>Debtor(s) | BK NO. 23-01737 MJC<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
09 Aug 2023, 15:07:58, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322