United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Wayne William Griffiths, Jr.  
    Debtor

Case No. 23-01737-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 17, 2023      Form ID: 318      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne William Griffiths, Jr., 316 Reagan Drive, East Stroudsburg, PA 18301-7971 |
| 5557731 | + | ABRAHAMSEN GINDIN, LLC, JOSHUA BORER, ESQ., 245 MAIN STREET, STE 100, SCRANTON, PA 18519-1641 |
| 5557735 | + | BANK OF AMERICA, 150 N COLLEGE ST, CHARLOTTE, NC 28202-2398 |
| 5557736 | | BRIDGECREST CREDIT CO, 1800 N COLORADO ST, GILBERT, AZ 85233 |
| 5557739 | + | CASTLE WINDOWS, 109 GATHER DR STE 309, MOUNT LAUREL, NJ 08054-1704 |
| 5557742 | | FIRE DEPARTMENT OF THE CITY OF NY, PO BOX 27137, NEW YORK, NY 10087-7137 |
| 5557744 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 981028, BOSTON, MA 02298-1028 |
| 5557745 | | LEHIGH VALLEY PHYS GROUP, PO BOX 1754, ALLENTOWN, PA 18105-1754 |
| 5557747 | | MONTEFIORE MEDICAL CENTER, PO BOX 412510, BOSTON, MA 02241-2510 |
| 5557751 | + | RATCHFORD LAW GROUP, 54 GLENMAURA NATIONAL BLVD, SUITE 104, MOOSIC, PA 18507-2161 |
| 5557753 | + | ST LUKES UNIVERSITY HEALTH NETWORK, P.O. BOX 788187, PHILADELPHIA, PA 19178-8187 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 17 2023 23:33:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Nov 17 2023 23:33:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5557732 | ^ | MEBN | Nov 17 2023 18:33:17 | ACIMA DIGITAL, 5501 HEADQUARTERS DR, PLANO, TX 75024-5837 |
| 5557733 | + | Email/Text: backoffice@affirm.com | Nov 17 2023 18:37:00 | AFFIRM, INC., 30 ISABELLA STREET, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 5557734 | + | EDI: AQUAFINANCE.COM | Nov 17 2023 23:39:00 | AQUA FINANCE, PO BOX 844, WAUSAU, WI 54402-0844 |
| 5558539 | + | EDI: AISACG.COM | Nov 17 2023 23:33:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5557737 | + | EDI: CAPITALONE.COM | Nov 17 2023 23:33:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5557738 | | EDI: CAPONEAUTO.COM | Nov 17 2023 23:33:00 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, CITY OF INDUSTRY, CA 91716-0511 |
| 5557740 | + | EDI: CITICORP.COM | Nov 17 2023 23:33:00 | CITICARDS/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5557741 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2023 18:39:05 | CW NEXUS CREDIT CARD HOL, 101 CROSSWAYS PARK, WOODBURY, NY 11797-2020 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5558540 | + | EDI: AISACG.COM | Nov 17 2023 23:33:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5557746 | | EDI: CITICORP.COM | Nov 17 2023 23:33:00 | MACYS RECOVERY, 9111 DUKE BLVD, MASON, OH 45040 |
| 5557743 | | EDI: IRS.COM | Nov 17 2023 23:33:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5557748 | + | EDI: AGFINANCE.COM | Nov 17 2023 23:33:00 | ONE MAIN, 100 INTERNATIONAL DRIVE, 15TH FLOOR, BALTIMORE, MD 21202-4784 |
| 5557749 | | Email/Text: bankruptcies@penncredit.com | Nov 17 2023 18:36:00 | PENN CREDIT, 2800 COMMERCE DRIVE, PO BOX 69703, HARRISBURG, PA 17110 |
| 5557750 | | Email/PDF: ebnotices@pnmac.com | Nov 17 2023 18:38:55 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5557752 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 17 2023 18:39:13 | SECRETARY OF HOUSING AND, URBAN DEVELOPMENT, 451 SEVENTH STREET SOUTHWEST, WASHINGTON, DC 20410-8000 |
| 5557754 | | EDI: RMSC.COM | Nov 17 2023 23:33:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5557755 | + | EDI: CITICORP.COM | Nov 17 2023 23:33:00 | THD/CBNA, ONE COURT SQUARE, LONG ISLAND CITY, NY 11120-0001 |
| 5557756 | + | Email/Text: inchargehq@westcreekfin.com | Nov 17 2023 18:37:00 | WEST CREEK FINANCIAL, 424 HULL ST STE 600, RICHMOND, VA 23224-4114 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
| --- | --- | --- |
| Date: Nov 19, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| John J Martin | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |

| | |
|---|---|
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Wayne William Griffiths Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Wayne William Griffiths Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1328<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:23-bk-01737-MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Wayne William Griffiths Jr.
aka Wayne Griffiths Jr., aka Wayne W. Griffiths Jr., aka Wayne Griffiths, aka Wayne W. Griffiths, aka Wayne William Griffiths

11/17/23

**By the court:**

_(signature)_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**